COURT OF
APPEALS

                                                   EIGHTH DISTRICT OF
TEXAS

                                                              EL
PASO, TEXAS

 


 
 
  
  
 ROBERT BAKER,
  
                                    
 Appellant,
  
 v.
  
 SALON SUPPLY, INC.,
  
                                     Appellee.
 
  
 
 
  
 '
    
 '
    
 '
    
 '
    
 '
  
 '
 
 
  
  
                   No. 08-12-00141-CV
  
                          Appeal from
  
 96th District Court
  
 of Tarrant County,
 Texas
  
 (TC #
 096-248554-10)
 
 
 
 
  
  
 
 
  
  
 
 
  
  
 
 


                                                     MEMORANDUM
OPINION

 

Robert
Baker, Appellant, has filed a motion to dismiss the appeal pursuant to Tex.R.App.P.  42.1(a)(1). 
Appellee, Salon Supply, Inc., has not objected to the motion and there
is no indication that dismissal would prevent Appellee from seeking relief to
which it would otherwise be entitled.  See
Tex.R.App.P. 42.1(a)(1).  We therefore grant the motion and dismiss the
appeal.  Costs are taxed against the
party incurring them.  See Tex.R.App.P. 42.1(d).

 

January 16, 2013                                 _______________________________________________

ANN CRAWFORD
McCLURE, Chief Justice

 

Before McClure, C.J., Rivera, and Antcliff, JJ.

Antcliff, J., not participating